**Order entered November 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00221-CR
No. 05-13-00222-CR
No. 05-13-00240-CR
No. 05-13-00251-CR

**VICTOR JOEL SUAREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause Nos. F09-41419-K, F06-45426-K, F06-45427-K, F12-71456-K**

## ORDER

The Court **REINSTATES** the appeals.

On October 18, 2013, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 13, 2013, we received the reporter's record. Therefore, in the interest of expediting the appeals, we **VACATE** the October 18, 2013 order requiring findings.

We note that Ms. Garrett did not file with the record State's Exhibit nos. 8, 9, 21, and 22, CDs. Accordingly, we **ORDER** Janice Garrett, official court reporter of the Criminal District Court No. 4, to file, within **TEN DAYS** of the date of this order, a supplemental record

containing State's Exhibit nos. 8, 9, 21, and 22, CDs. No extensions will be granted. If Ms. Garrett does not file the supplemental record containing these exhibits within the time specified, we will order that she not sit as a court reporter until the exhibits are filed in this appeal.

Appellant's brief is due within **FORTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Dominique Collins, Presiding Judge, Criminal District Court No. 4; Janice Garrett, official court reporter, Criminal District Court No. 4; and to counsel for all parties.

/s/  DAVID EVANS
    JUSTICE